UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT L. SPILLARD, II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTA, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0705 DB P<br><br><br>ORDER |

Plaintiff has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because the pleading has not yet been served on any defendant and no appearances have yet been made, the dismissal does not require court order. Accordingly, the Court **ORDERS** that all pending motions (ECF Nos. 2, 5) be termed, and the Clerk of Court is directed to close this case pursuant to plaintiff's notice.

Dated: September 23, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/spil0705.vol dism

1